# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIMBALL AUSTIN SACHS,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 83802

FILED

NOV 24 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order setting briefing schedule and hearing. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from an order setting a briefing schedule and hearing, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-33761

cc:  Hon. Cristina D. Silva, District Judge
     Kimball Austin Sachs
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A